UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN CARLOS HUEZO, | ) | CASE NO. CV 13-9230-RGK (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| FRED FOULK, WARDEN, | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 25, 2015

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\Judgment.wpd